# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144852

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DENNIS ANTHONY HALL,
      Defendant-Appellant.

SC: 144852
COA: 304769
Oakland CC: 2006-206890-FC

_____/

      On order of the Court, the application for leave to appeal the March 12, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0716

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012 _____

_____
Clerk